UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omar Bautista Moral, *et al.*,

              Plaintiffs,

–v–

MBG Taverns Inc., *et al.*,

              Defendants.

18-cv-6431 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In an Order dated April 8, 2019, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 36. The deadline to file a joint letter advising the Court that the parties do not consent was one week from the filing of the settlement agreement, as the Court reminded the parties in its Order dated May 8, 2019. *See* Dkt. No. 39. The Court is not in receipt of either a consent form or a joint letter.

    The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's April 8, 2019 Order, on or before June 5, 2019. The parties are reminded that they are free to withhold consent without negative consequences.

    SO ORDERED.

Dated: May 31, 2019
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge